# EXHIBIT J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MISC. NO._____

In re Subpoenas directed to BEN
BRAUSER, DANIEL BRAUSER AND
JOSHUA BRAUSER

_____ /

## DECLARATION OF BEN BRAUSER, ESQ.

Pursuant to 28 U.S.C. § 1746, I, Ben Brauser, declare and state as follows:

1. I am over the age of twenty-one years old and have personal knowledge of the matters set forth herein. I am an attorney in good-standing, licensed to practice law in the State of Florida and have been so licensed since September 23, 2008.

2. I am aware of the subpoena directed towards me from the Securities and Exchange Commission in the matter of *SEC v. Honig et al.*, Case No. 18-cv-8175 (ER) (S.D.N.Y. Sept. 7, 2018) ("*Honig*") seeking the production of certain documents and communications ("Subpoena"), attached hereto as Exhibit A. I was served with the Subpoena on October 4, 2019.

3. My father, Michael Brauser is a named defendant in *Honig* and is litigating this matter against the SEC.

4. The Subpoena seeks all documents and communications, as defined therein, in my possession pertaining to at least 33 entities and 64 individuals; documents concerning communications pertaining to other persons and entities; documents concerning communications between myself and several named defendants, including my father, pertaining to the exercise of voting rights; and documents concerning the preparation of any Schedules 13D or 13G for the

1

same 33 entities. These requests encompass the "Relevant Period" as from November 1, 2010 through March 1, 2018, a nearly eight-year period.

5.   I currently and self-employed in my own law firm, the Law Office of Benjamin Brauser, P.A. ("Law Office"). I have worked as an attorney in this capacity since February 2010.

6.   In my capacity as an attorney in my Law Office, I represent my father, Michael Brauser. I have represented my father since the inception of opening up my Law Office and I continue to represent my father through the date of this declaration.

7.   I have contracted with an electronic discovery vendor ("E-Discovery Vendor") on behalf of myself, and my brothers Daniel and Joshua who have received virtual identical subpoenas from the SEC.

8.   In consultation with the E-Discovery Vendor, I have been informed that in order to retrieve potentially responsive documents that cover the SEC's "Relevant Period," as defined in the subpoenas, the vendor has uploaded approximately 99 gigabytes of data, which comprises mine and my brothers' emails. I have been informed that at the outset, it will cost approximately $4,000 per month for the E-Discovery Vendor to host this data, and, in addition, there are additional hourly costs for the E-Discovery Vendor to run search terms in accordance with the subpoenas in order identify potentially responsive documents and communications. To further respond to the subpoenas, we would also need to locate, sort, and package other documents not captured as attachments to our emails, and provide those to the E-Discovery Vendor as well. Once, and if, documents are produced to the SEC, the monthly charges may decrease.

9. I am aware that after the E-Discovery Vendor runs the search terms for the information the SEC has requested, I, along with my attorneys, must review the documents for privilege, and a privilege log will have to be created.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Executed on this 4th day of November 2019.

Ben Brauser, Esq.