# EXHIBIT A

```
                    CERTIFIED SHAREHOLDER LIST
                    ISLAND STOCK TRANSFER                Page    2
                    Effective: 11/09/2011
================================================================================
 ISSUE: BIOZONE PHARMACEUTICALS, INC          BIOZONE        09072E103

ACCOUNT/TIN         NAME & ADDRESS                             SHARES HELD
================================================================================
```

```
8               BENJAMIN BRAUSER                              75,000
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                                                   0.111%

      122.2             03/02/2011                7,500        REST
      214.7             03/11/2011               67,500        REST
                        TOTAL ACTIVE SHARES:     75,000*
                        TOTAL RESTRICTED SHARES: 75,000*

9               DANIEL BRAUSER                               100,000
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                                                   0.148%

      103.2             02/22/2011                2,500
      123               03/02/2011                7,500        REST
      166.9             03/11/2011               22,500
```

```
              Report Run On 11/9/2011 At 3:35pm By OLESSIA KRITSKAIA
```

Confidential Treatment Requested by JS/SCI/HSCI

```
                        CERTIFIED SHAREHOLDER LIST
                           ISLAND STOCK TRANSFER                    Page    3
                            Effective: 11/09/2011
=================================================================================
  ISSUE: BIOZONE PHARMACEUTICALS, INC              BIOZONE     09072E103

ACCOUNT/TIN          NAME & ADDRESS                              SHARES HELD
=================================================================================
                  DANIEL BRAUSER (CONTINUED)  - - - - - - - - - - - - - - -
       167.7                  03/11/2011                 67,500      REST
                           TOTAL ACTIVE SHARES:         100,000*
                           TOTAL RESTRICTED SHARES:      75,000*
 1
 5



 12               JOSH BRAUSER                                     75,000
 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                                                       0.111%


       125.5                  03/02/2011                  7,500      REST
       216.2                  03/11/2011                  67,500     REST
                           TOTAL ACTIVE SHARES:          75,000*
                           TOTAL RESTRICTED SHARES:      75,000*

 83               MICHAEL BRAUSER AND BETSY BRAUSER               270,629
 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      TBE                                             0.400%


      1103                    08/03/2011                 270,629     REST
                           TOTAL ACTIVE SHARES:         270,629*
                           TOTAL RESTRICTED SHARES:     270,629*

 13               MICHAEL H. BRAUSER &                          2,885,662
 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      BETSY G. BRAUSER JTTEN                         4.268%

       218.8                  03/11/2011               2,885,662     REST
                           TOTAL ACTIVE SHARES:       2,885,662*
 1
 9



                  Report Run On 11/9/2011 At 3:35pm By OLESSIA KRITSKAIA
```

Confidential Treatment Requested by JS/SCI/HSCI

```
                      CERTIFIED SHAREHOLDER LIST
                        ISLAND STOCK TRANSFER                Page    6
                        Effective: 11/09/2011
================================================================================
   ISSUE: BIOZONE PHARMACEUTICALS, INC          BIOZONE    09072E103

ACCOUNT/TIN          NAME & ADDRESS                        SHARES HELD
================================================================================
68                FROST GAMMA INVESTMENTS TRUST
46-0464745        4400 BISCAYNE BLVD STE 1500
                  MIAMI FL 33137-3212

     220.4              03/11/2011                              REST
     1048               06/16/2011                              REST
                          TOTAL ACTIVE SHARES:
                   TOTAL RESTRICTED SHARES:

19                GRANDER HOLDINGS INC 401K PROFIT          1,273,086
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       SHARING PLAN                                 1.883%


     177.6              03/11/2011                 1,273,086
                          TOTAL ACTIVE SHARES:     1,273,086*
```



```
85                BARRY HONIG                              1,245,921
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                                                   1.843%

     1108               09/13/2011                 1,245,921      REST
                          TOTAL ACTIVE SHARES:     1,245,921*
                   TOTAL RESTRICTED SHARES:        1,245,921*
21                BARRY HONIG                                143,991
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                                                   0.213%

     154.5              03/02/2011                   143,991      REST
                          TOTAL ACTIVE SHARES:       143,991*
                   TOTAL RESTRICTED SHARES:          143,991*
```

```
         Report Run On 11/9/2011 At 3:35pm By OLESSIA KRITSKAIA
```

Confidential Treatment Requested by JS/SCI/HSCI

```
                        CERTIFIED SHAREHOLDER LIST
                        ISLAND STOCK TRANSFER                    Page    14
                        Effective: 11/09/2011
===============================================================================
 ISSUE: BIOZONE PHARMACEUTICALS, INC            BIOZONE        09072E103

ACCOUNT/TIN        NAME & ADDRESS                              SHARES HELD
===============================================================================
                JOHN STETSON (CONTINUED)  - - - - - - - - - - - - - - - -
     201.4           03/11/2011                      90,000          REST
                      TOTAL ACTIVE SHARES:          100,000*
                      TOTAL RESTRICTED SHARES:      100,000*
```

```
10              THE BRAUSER FAMILY TRUST 2008 BEN                125,000
26-6432656      BRAUSER TTEE                                       0.185%
                3920 NE 31ST AVENUE
                LIGHTHOUSE POINT FL 33064

     126.3           03/02/2011                      12,500          REST
     168.5           03/11/2011                     112,500          REST
                      TOTAL ACTIVE SHARES:          125,000*
                      TOTAL RESTRICTED SHARES:      125,000*
```

```
          Report Run On 11/9/2011 At 3:35pm By OLESSIA KRITSKAIA
```

Confidential Treatment Requested by JS/SCI/HSCI

# DETAILED HOLDER LIST
## EQUITY STOCK TRANSFER
### Effective: 12/23/2015



| Issue: MAJESCO ENTERTAINMENT CO 0% SERIES D | | Abbreviation: COOLPFD | Cusip | |
|---|---|---|---|---|
| Account/TIN | Name & Address | OFAC: 4993 | | Shares Held |

| 9 | ATG CAPITAL LLC | | | 6,667 |
|---|---|---|---|---|
| 46-1521774 | ███████████████████ | | | 3.961 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 09/30/2015 | | 6,667 | |
| | | | **6,667** * | |

| 5 | BETSY & MICHAEL BRAUSER CHARITABLE | | | 5,000 |
|---|---|---|---|---|
| 46-1486926 | FAMILY FOUNDATION INC | | | 2.970 % |
| | 4400 BISCAYNE BLVD STE 850 | | | |
| | MIAMI FL 33137-3212 | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 09/30/2015 | | 5,000 | |
| | | | **5,000** * | |

| 4 | DANIEL BRAUSER | | | 1,667 |
|---|---|---|---|---|
| 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 | 4400 BISCAYNE BLVD STE 850 | | | 0.990 % |
| | MIAMI FL 33137-3212 | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 09/30/2015 | | 1,667 | |
| | | | **1,667** * | |

| 8 | DARWIN INVESTMENTS LLC | | | 12,000 |
|---|---|---|---|---|

███████████████████████████████████████████

| 6 | FROST GAMMA INVESTMENTS TRUST | | | 18,000 |
|---|---|---|---|---|
| 46-0464745 | 4400 BISCAYNE BLVD | | | 10.692 % |

███████████████████████████████████████████

| 2 | MICHAEL BRAUSER TTEE | | | 21,667 |
|---|---|---|---|---|
| 27-2382986 | GRANDER HOLDINGS INC 401K | | | 12.872 % |
| | PROFIT SHARING PLAN | | | |
| | 4400 BISCAYNE BLVD STE 850 | | | |
| | MIAMI FL 33137-3212 | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 09/30/2015 | | 21,667 | |
| | | | **21,667** * | |

**Generated by EQUITY 03**
**On 12/23/2015 at 8:11:23AM EST**

1

Confidential Treatment Requested by JS/SCI/HSCI

SD-SEC-(18Civ8175)-199557



| Issue: MAJESCO ENTERTAINMENT CO 0% SERIES D | Abbreviation: COOLPFD | Cusip | |
|---|---|---|---|
| Account/TIN | Name & Address | OFAC: 732 | Shares Held |

| 1<br>41-2121110 | BARRY HONIG TRUSTEE<br>GRQ CONSULTANTS INC 401K<br>FBO BARRY HONIG<br>555 S FEDERAL HWY STE 450<br>BOCA RATON FL 33432-5547 | | 33,333<br>19.802 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 09/30/2015 | | 33,333<br>**33,333** * | |

| 7<br>56-2617808 | MELECHDAVID INC | | |

| Certificate # / Book |
|---|
| * RSTR * |

| 11<br>46-1520844 | JOHN STETSON TTEE<br>FBO STETSON CAPITAL INVESTMENTS INC RET | | 3,333<br>1.980 % |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 09/30/2015 | | 3,333<br>**3,333** * | |

**Generated by EQUITY 03**
**On 12/23/2015 at 8:11:23AM EST**

2

Confidential Treatment Requested by JS/SCI/HSCI



**DETAILED HOLDER LIST**
*EQUITY STOCK TRANSFER*
**Effective: 12/23/2015**

| **Issue**: MAJESCO ENTERTAINMENT CO 0% SERIES D | | **Abbreviation**: COOLPFD | **Cusip** | |
|---|---|---|---|---|
| **Account/TIN** | **Name & Address** | **OFAC**: 5056 | | **Shares Held** |

| | | | | |
|---|---|---|---|---|
| 15 | STETSON CAPITAL INVESTMENTS INC | | | 3,333 |
| 90-0663154 | | | | 1.980 % |

| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** |
|---|---|---|---|---|
| * RSTR * | 09/30/2015 | | 3,333 | |
| | | | 3,333  * | |

| | | | | |
|---|---|---|---|---|
| | 15   **Holders Qualified** | | **TOTAL SHARES** | 168,333 |

Confidential Treatment Requested by JS/SCI/HSCI

SD-SEC-(18Civ8175)-199559



6135 N.W. 167th Street, Suite E-21 · Miami Lakes, Florida 33015
Phone: 305-503-3873 · www.fusescience.com

November 7, 2013

Securities Transfer Corporation
2591 Dallas Parkway, Suite #102
Frisco, Texas  75034

Ladies and Gentlemen:

We are requesting that you issue an aggregate of 37,500,000 shares of common stock (the "**Shares**") of Fuse Science, Inc. (the "**Company**") to the following persons (the "**Holders**"):

| Name | Address/ Tax ID | Number of Shares |
|---|---|---|
| GRQ Consultants, Inc. 401(K) | 555 S. Federal Highway #450 Boca Raton, FL 33432 ███████ | 20,250,000 |
| Grander Holdings, Inc. 401(K) Profit Sharing Plan | 4400 Biscayne Blvd. #850 Miami, FL 33117 ███████ | 5,500,000 |
| Daniel Brauser | ███████ | 125,000 |
| Benjamin Brauser | ███████ | 125,000 |
| Greg Brauser | ███████ | 125,000 |
| Joshua Bauser | ███████ | 125,000 |
| Melechdavid, Inc. Retirement Plan | ███████ | ███████ |
| Stetson Capital Investments, Inc. | ███████ | 2,250,000 |

7783508 _1

SEC-BMA-E-0045187

| John O'Rourke | ███████████████ | 2,250,000 |
| ████████████████████████ | | 1,000,000 |

The Shares are being issued in an exchange offer exempt from registration pursuant to Section 3(a)(9) under the Securities Act of 1933, as amended. In accordance with the enclosed opinion of counsel, the certificates evidencing the Shares may be issued to the Holder free of legends or other restriction.

Upon issuance, the Shares should be delivered by DWAC pursuant to instructions to be furnished to you by the respective Holders.

Sincerely,

Brian Tuffin
Chief Executive Officer

7783508 _1

SEC-BMA-E-0045188

| Holders | Issue Date | Common Stock | Agreement | Board/Committee Consent | Conversion/Exercise Notice | TA Instruction |
|---|---|---|---|---|---|---|
| Series D conversion #1 - HS Contrarian | 6-Apr-15 | 300,000 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| Series D conversion #2 - HS Contrarian | 9-Apr-15 | 400,000 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| Series D conversion #1 - Grander Holdings 401(k) | 9-Apr-15 | 450,000 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| Cashless exercise of wts | 13-Apr-15 | 914,292 | N/A | ?? | ?? | ?? |
| Cashless exercise wts | 14-Apr-15 | 305,488 | N/A | ?? | ?? | ?? |
| Series D conversions - ATG | 17-Apr-15 | 47,200 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| Series D conversion #2 - Grander Holdings 401(k) - April 30, 2015 | 30-Apr-15 | 300,000 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| Series D conversions - Ben Brauser - May 7, 2015 | 7-May-15 | 22,900 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| Series D Conversions Daniel Brauser - May 7, 2015 | 7-May-15 | 234,200 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| Series D Conversion #3 HS Contrarian - May 7, 2015 | 7-May-15 | 300,000 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| Series D Conversion #1 GRQ consultants - May 14, 2015 | 14-May-15 | 226,200 | N/A | Board Minutes 3.25.15 | Yes | Yes |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY MABVAX THERAPEUTICS HOLDINGS, INC.

MABVAX0173273

| | | | | | | |
|---|---|---|---|---|---|---|
| Series D conversion #3 - Grander Holdings 401(k) - May 19, 2015 | 19-May-15 | 150,000 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| Ben Brauser (from GRQ) | 5-Jun-15 | 169,400 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| Daniel Brauser (from GRQ & HS Cont.) | 5-Jun-15 | 84,700 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| ████████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ATG Capital (John O'Rourke) | 15-Jun-15 | 373,600 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| Grander Holdings Inc. 401(k) | 19-Jun-15 | 214,700 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| HS Contrarian | 19-Jun-15 | 400,000 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| MelechDavid | 23-Jun-15 | ████ | N/A | Board Minutes 3.25.15 | Yes | Yes |
| Grander Holdings Inc. 401(k) | 7-Jul-15 | 165,600 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| HS Contrarian | 16-Jul-15 | 500,000 | N/A | Board Minutes 3.25.15 | Yes | Yes |
| Total as of August 3, 2015 | | 25,891,072 | | | | |

Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
Tel: 609.919.6600
Fax: 609.919.6701
www.morganlewis.com

# Morgan Lewis

COUNSELORS AT LAW
A Pennsylvania Limited Liability Partnership

RANDALL B. SUNBERG
Partner-in-Charge

October 2, 2013

Via Email (opinions@amstock.com)
American Stock Transfer & Trust Company
6201 15th Avenue
Brooklyn, NY 11219

      Re:    Senesco Technologies, Inc.

Ladies and Gentlemen:

We have acted as counsel for Senesco Technologies, Inc., a Delaware corporation (the "Company"), in connection with the issuance by the Company of an aggregate of 69,000,000 shares (the "Shares") of the Company's common stock, par value $0.01 per share (the "Common Stock"), to be issued pursuant to the Securities Purchase Agreement, dated September 30, 2013 (the "Purchase Agreement"), by and among the Company and the investors named on Exhibit A attached hereto (collectively, the "Holders") pursuant to which the Company is issuing to the Holders the Shares, and, in such capacity, have been requested by the Company to furnish you with this opinion with respect to the Shares.

As a basis for this opinion, we have examined and are familiar with and have relied upon the Company's Amended and Restated Certificate of Incorporation, as amended, and its Amended and Restated By-Laws, records of meetings of the Board of Directors of the Company as provided to us by the Company, corporate proceedings of the Company in connection with the authorization and issuance of the Shares, the Purchase Agreement, the Registration Statement on Form S-1 (File No. 333-189998) filed by the Company with the U.S. Securities and Exchange Commission (the "Commission") (the "Registration Statement"), the effectiveness order posted by the Commission on its Electronic Data Gathering and Retrieval System indicating that as of 4:00 P.M., Washington, D.C. time, on September 30, 2013 the Registration Statement had been declared effective and such other documents as we have deemed necessary as a basis for the opinions hereinafter expressed.

In our examination of the foregoing documents, we have made no independent investigation, and we have assumed the genuineness of all signatures, the completeness of all corporate and stock records provided to us, the authenticity of all documents submitted to us as originals, the conformity to original documents of all documents submitted to us as copies, the authenticity of the originals of such latter documents and the legal competence of all signatories to such documents.

Almaty   Beijing   Boston   Brussels   Chicago   Dallas   Frankfurt   Harrisburg   Houston   Irvine   London   Los Angeles   Miami
Moscow   New York   Palo Alto   Paris   Philadelphia   Pittsburgh   Princeton   San Francisco   Tokyo   Washington   Wilmington

**Morgan Lewis**
COUNSELORS AT LAW
A Pennsylvania Limited Liability Partnership

American Stock Transfer & Trust Company
October 2, 2013
Page 2

We express no opinion herein as to the laws of any state or jurisdiction other than the state laws of the State of New Jersey, the Delaware General Corporation Law statute and the federal laws of the United States of America. To the extent that any other laws are applicable to the matters as to which we are opining herein, we have assumed with your permission and without independent investigation that such laws are identical to the state laws of the State of New Jersey, and we express no opinion as to whether such assumption is reasonable or correct. We express no opinion with respect to the compliance or noncompliance with the "blue sky" laws of any state, or with the antifraud provisions of state and federal laws, rules and regulations concerning the issuance of securities.

Based upon and subject to the foregoing, we are of the opinion that as of the date of this opinion the Shares are registered for sale under the Securities Act under the effective Registration Statement and may be issued without a restrictive legend.

Based upon and subject to the foregoing, we are of the opinion that the Shares have been duly authorized for issuance and, when the Shares are issued in accordance with the terms and conditions of the Purchase Agreement, the Shares will be validly issued, fully paid and nonassessable.

This opinion is based upon currently existing statutes, rules, regulations and judicial decisions and is rendered as of the date hereof, and we disclaim any obligation to advise you of any change in any of the foregoing sources of law or subsequent developments in law or changes in facts or circumstances which might affect any matters or opinions set forth herein.

Please note that we are opining only as to the matters expressly set forth herein, and no opinion should be inferred as to any other matters. This opinion is being delivered to you solely in connection with your service as the Transfer Agent and Registrar of the Common Stock, and may not be relied upon by any other party or used for any other purpose without our prior written consent.

Very truly yours,

Morgan, Lewis & Bockius LLP

SEC-Legend-E-0664240



## EXHIBIT A

List of Holders and Number of Shares Purchased

| Holder | Number of Shares |
|---|---|
| Barry Honig | 30,000,000 |
| Michael Brauser | 16,000,000 |
| ██████████████ |  |
| Daniel Brauser | 1,000,000 |
| Ben Brauser | 1,000,000 |
| ██████████████ | ██████████████ |
| Joshua Brauser | 1,000,000 |
| Melechdavid Inc. Retirement Plan | ████████ |
| Erica Groussman C/F Alicia Groussman UTMA/FL |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

SEC-Legend-E-0664241

# NASON YEAGER GERSON
## WHITE & LIOCE, P.A.
### ATTORNEYS AT LAW
*Established in 1960*

MARK A. PACHMAN
Also Admitted In New York

E-MAIL ADDRESS:
mpachman@nasonyeager.com

DIRECT DIAL:
(561) 471-3529

FAX NUMBER:
(561) 686-5442

July 2, 2014

Corporate Stock Transfer
3200 Cherry Creek Drive South
Suite 430
Denver, Colorado 80209
Attention: Ms. Carolyn Bell

Re:    MusclePharm Corporation / Stock Transfer

Dear Ms. Bell:

We have been requested to render our opinion regarding the removal of the restrictive legend from 600,000 shares of common stock (the "Shares") of MusclePharm Corporation ("MP") without registration under the Securities Act of 1933 (the "Act") in reliance upon the exemption contained in Rule 144 promulgated thereunder by the Securities and Exchange Commission ("SEC"). The Shares are held by the parties set forth on <u>Exhibit A</u> (the "Holders"). To the extent that this opinion is predicated upon facts, it is solely based upon our review of the documents and upon the communications referred to in this opinion.

In rendering this opinion, this firm has discussed the matters covered by this opinion with management of Cocrystal Pharma, Inc. ("Cocrystal"), reviewed representation letters submitted by Cocrystal's management and the Holders, reviewed Cocrystal's and MP's SEC filings, and conducted such other inquiries as we deemed appropriate.

As we understand the facts, on January 2, 2014, MP issued 1,200,000 shares to Cocrystal in connection with the sale of substantially all of the operating assets of Cocrystal making full payment therefor. Since January 2, 2014, Cocrystal has never owned any other shares of MP. According to MP's transfer agent: (i) MP had 11,800,722 shares of common stock outstanding as of March 24, 2014 and (ii) MP had 12,183,722 shares of common stock outstanding as of June 24, 2014 (the "Purchase Date"). Therefore, Cocrystal beneficially owned 10.2% and 9.8% of MP's common stock as of three months prior to the Purchase Date and the Purchase Date, respectively.

SEC-Legend-E-0111385

On the Purchase Date, the Holders acquired the Shares from Cocrystal, which was issued the Shares in a transaction not involving a public offering more than six months ago. The Shares are a "restricted security" as that term is defined in Rule 144(a)(3) under the Act.

Rule 144(d)(1)(i) under the Act provides for the holding period of securities acquired from a non-affiliate to be tacked to the non-affiliate's holding period. As described below and as represented in a representation letter from the Chief Executive Officer of Cocrystal as of the Purchase Date and for the three months prior, it was not an affiliate of MP. Additionally, according to a representation letter signed by the Holders, the Holders are not affiliates and have not been affiliates of MP for more than the past three months.

Rule 144 (a)(1) defines an affiliate of an issuer to be "a person that directly, or indirectly through one or more intermediaries, controls, or is controlled by, or is under common control with, such issuer." Although Regulation C promulgated under the Act applies to registered offerings under such Act and not by its terms to exempt offerings, nonetheless reference to Regulation C is illuminating. Rule 405 contained in Regulation C defines an "affiliate" in a similar manner as Rule 144(a). However, it makes no reference to specific ownership or percentage of ownership. Conversely, it defines the term "promoter" to include any person who in connection with the organization of an issuer acquires 10% or more of any class of securities of the issuer except under certain circumstances.

Ultimately the issue of whether or not Cocrystal was an affiliate of MP is an issue of fact based upon whether or not it controlled or had the power to control MP. Although Cocrystal owned more than 10% of MP's common stock during the three months prior to the Purchase Date, certain facts indicate they have not been an "affiliate" of MP within the meaning of Rule 144(a)(1) for more than three months prior to the Purchase Date.

As early as 1972, the Division of Corporation Finance of the SEC held the position that "a person's status as an officer, director, or owner of 10% of the voting securities of a company is not necessarily determinative of whether such person is a control person or member of a controlling group of persons." American-Standard, ['72-'73 Decisions] CCH Fed.Sec.L.Rep. paragraph 79,071 (Avail. Oct. 11, 1972). As the American-Standard interpretive letter recognizes, a person's position of control is a factual issue.

In reaching this conclusion, the staff relied upon the definition of control in Rule 405 referred to above. Interestingly, in defining the term promoter, the SEC specifically referred to ownership of 10% or more of a class of equity securities of an issuer; in defining the term "affiliate" in Rule 144(a), the SEC makes no mention of this 10% requirement although its action in defining "promoter" in Rule 405 shows that it knew how to draft a rule in that fashion. This conscious reference gives support to the Division of Corporation Finance's 1972 interpretation that a 10% ownership status does not necessarily indicate control.

Quoting what he terms a "classic study," one authority (who later served as a Commissioner of the SEC) recognized that control stems from the power to select the board of directors or a majority of the board. Cocrystal has advised us that none of its affiliates are or have served as members of the Board of Directors of MP, nor did it have the power to elect directors of

MP.  See Sommer, Who's "in Control?"- S.E.C. 21 Bus. Law 559, 562-70 (1966). Another SEC Commissioner once suggested that a very practical criterion for determining whether the person or group was in control was if the individual or group has the power to cause a registration statement under the Act to be signed. Sommer, supra at 566. Prior to the sale of the Shares to the parties listed on Exhibit A, we, on behalf of Cocrystal, requested that MP register Cocrystal's shares of MP common stock at Cocrystal's expense. MP denied this request.

These legal authorities together with the facts set forth above lead us to conclude that Cocrystal was not an affiliate of MP as of the Purchase Date since it did not possess the power to control MP.  Each of the parties listed on Exhibit A has also executed representation letters that such parties are not affiliates and were not affiliates within the three months prior to the Purchase Date.

Additionally, Rule 144(b)(1)(i) requires that the issuer has been subject to the reporting provisions of Section 13 or 15(d) of the Securities Exchange Act of 1934 (the "Exchange Act") for at least 90 days prior to the sale (a "Reporting Issuer"). MP was subject to such provisions for more than 90 days prior to the date of this opinion.

For Reporting Issuers, another condition is found in Rule 144(c) which requires that adequate current information about the issuer be available.  Rule 144(c)(1) specifies that this test is met if the Reporting Issuer has filed all required reports under Section 13 or 15(d) of the Exchange Act during the 12 months prior to the sale, except Form 8-K. MP has filed all required reports necessary under the Rule.  Additionally, Rule 144(c)(ii) requires XBRL information to have been posted on MP's corporate website during the prior 12 months. MP's corporate website contains the required XBRL information.

Based upon the foregoing, and assuming that the factual statements set forth herein are true and correct, it is our opinion that, subject to the Securities Purchase Agreements between MP and the Holders, the Shares may be sold until 5:30 p.m. New York Time on August 14, 2014, and that the restrictive legend may be removed from such sold shares by reason of Rule 144 under the Act.

This opinion speaks of its date and we are not responsible for updating it. Our opinion, inasmuch as it is addressed to you, is not to be quoted in whole or in part or otherwise referred to nor is it to be filed with any governmental agency or other person without the prior written consent of this law firm.  Other than you, MP, Cocrystal, the parties on Exhibit A and their broker-dealers, and your counsel, no one else is entitled to rely on this opinion.

Very truly yours,

*Nason Yeager Gerson White & Lioce*

NASON, YEAGER, GERSON, WHITE & LIOCE P.A.

**Exhibit A**

| Holder | No. Of Shares (1) |
|---|---|
| ██████████████ | ████ |
| Melechdavid, Inc. | |
| Barry and Renee Honig Charitable Foundation, Inc. | 20,000 |
| Stetson Capital Investments, Inc. | 15,000 |
| ██████████████ | |
| Michael Brauser | 77,000 |
| Grander Holdings, Inc. 401K Profit Sharing Plan | 30,000 |
| Ben Brauser | 5,000 |
| Dan Brauser | 8,000 |

ATG Capital LLC                                    5,000

**Total**                                         **600,000**

(1) Under the Stock Purchase Agreements executed by MP and the Holders, each of the Holders is limited to selling 12.5% of the Shares in a calendar month (with the first month beginning the date of this opinion and ending July 31, 2014). Beginning March 2, 2015, there is no limit to the amount of shares permitted to be sold (assuming Holder is not an affiliate at the time of, or the three months prior to, sale). Additionally, sales at or above $14.50 will not be included in the maximum amount allowed to be sold in any calendar month

H:\9974\Stock Transfer\MP Opinion - 6-30-14v6 - Clean.docx/bsb

SEC-Legend-E-0111389

**From**:        John Stetson [stetson.john@gmail.com]
**Sent**:        1/20/2011 12:58:59 PM
**To**:          Tanya [tanya@tarmacmanagement.com]
**Subject**:     Subscriber List
**Attachments**: Subscriber List.xlsx

Hi Tanya,

Here is the subscriber list. I have checked off the docs from which I forwarded and wires that you received based on what you told me. Please update with anything missing.

As of yesterday, here were the currency rates we were given:

50,356 - 50,000 CAD
75,521 - 75,000
100,681 - 100,000
201,329 - 200,000
301,993 - 300,000

Thanks,

John

Confidential Treatment Requested by JS/SCI/HSCI

**Passport Potash, Inc.**

| Entity Name | Subscription $ | Doc's Rec'd? | Wire Rec'd? | |
|---|---|---|---|---|
| Frost Gamma Investments Trust | $ ███████ | Yes | Yes | |
| GRQ Consultants, Inc. 401K | $ 300,000 | Yes | | |
| Barry Honig | $ 200,000 | Yes | Yes | |
| ████████████████████████████████████████████████████ | | | | |
| Michael Brauser | $ 711,079 | Yes | Yes | *Michael Brauser wire |
| Josh Brauser | $ 10,000 | Yes | Yes | Wire included in Micha |
| Ben Brauser | $ 10,000 | Yes | Yes | Wire included in Micha |
| Dan Brauser | $ 10,000 | Yes | Yes | Wire included in Micha |
| ████████████████████████████████████████████████████ | | | | |
| Brauser Family Trust | $ 70,296 | Yes | Yes | |
| Grander Holdings | $ 22,000 | Yes | Yes | |
| ████████████████████████████████████████████████████ | | | | |
| | $ 5,513,375 | | | |

d for Michael, Josh, Ben, Dan, ███ + a portion of Grandor 401K
ιel's
ιel's
ιel's
ιel's

**From**: John Stetson [stetson.john@gmail.com]
**Sent**: 1/27/2012 10:05:16 AM
**To**: BRHonig@aol.com [brhonig@aol.com]
**Subject**: Izea
**Attachments**: Breakdown(1).xlsx

Confidential Treatment Requested by JS/SCI/HSCl

**IZEA Share Breakdown**

| Entity | Post Split Shares |
| --- | --- |
| Mike Brauser | 3,250,000 |
| Melechdavid (Mark Groussman) | ████████ |
| Barry Honig | 1,940,023 |
| HS Contrarian Investments LLC (John Stetson) | 1,400,000 |
| ████████ | ████████ |
| Ben Brauser | 250,001 |
| John Stetson | 225,000 |
| Frost Gamma Investments Trust | ████████ |
| ████████ | ████████ |
| ████████ | ████████ |
| Josh Brauser | 84,444 |
| Dan Brauser | 84,444 |
| ████████ | ████████ |
| **TOTAL** | **12,500,000** |