# EXHIBIT B

**To:**     'John Arlo'[jarlo@bmasecurities.com]; 'Ben Brauser'[ben@marlincapital.com]
**From:**   Suraun Hassani
**Sent:**    Tue 10/1/2013 12:25:15 PM
**Importance:**          **Normal**
**Subject:**   RE: Account Info
image001.jpg
image003.jpg

For Dan, we will have to wait until the outgoing ACAT is complete prior to depositing anything or it will be swept over with the rest of the ACAT. This should be complete by the end of the week.


Best Regards,


Suraun Hassani

Director of Operations

Description: clip_image002

608 Silver Spur Rd. # 100

Rolling Hills Estates, CA

90274

P (310) 544-3545

F (310) 544-6626


**From:** John Arlo [mailto:jarlo@bmasecurities.com]
**Sent:** Tuesday, October 01, 2013 9:22 AM
**To:** Ben Brauser
**Cc:** Suraun Hassani
**Subject:** Account Info


DTC #'s

SEC-BMA-E-0008840

LEK – 0512

COR – 0052

Gregory Brauser – Lek BMABRAUSERGREG

Joshua Brauser – Lek – BMABRAUSERJOSH

Daniel Brauser COR – █████████

Benjamin Brauser COR - █████████

Birchtree Capital LLC COR – █████████

Please work with Suraun on the SNTI deposits , thank Ben

John Arlo

*Trader*

Description: Description: Description: clip_image002

608 Silver Spur Rd. # 100

Rolling Hills Estates, CA 90274

P (310) 544-3545

F (310) 544-6626

*\*\* Email is for correspondence only and is never authorized for stock transactions \*\**

*The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Securities are offered through BMA Securities, member FINRA, SIPC, NFA. Please do not use e-mail to transmit orders for securities or for other time-sensitive messages. All e-mail messages sent or received by the BMA Securities corporate e-mail system are subject to review, retrieval and archiving and may be disclosed to parties other than the intended recipient. Although information which may be contained in this message has been obtained from sources which we believe to be reliable, we do not warrant that it is accurate or complete and any such information may be subject to change at any time. BMA Securities may, from time to time in the normal conduct of business, act as a principal for their own accounts or as agent for another party in connection with the purchase or sale of a security which may be mentioned in this e-mail. Products and services available through BMA Securities are: not FDIC insured and are subject to investment risk including possible loss of the principal amount invested. BMA Securities, member: FINRA, SIPC, NFA.*

SEC-BMA-E-0008842

**To:**        Keith Feldman[k.feldman@delaneyequity.com]
**From:**      Ben Brauser
**Sent:**      Tue 7/22/2014 2:17:28 PM
**Importance:**        **Normal**
**Subject:**   Be Active - JALA
JALA-SPA-2-18-14.pdf
JALA - Warrant Conversion Notice Cashless - MB and BirchtreeCapital.pdf

Keith we have two Birchtree Capital and two Michael Brauser certs of Be Active
Holdings (JALA) with you.  One for each is shares received from a Private Placement
and the other is from a cashless exercise of warrants.  These shares are coming free
via 144 in a few weeks so I want to start on the deposit.


For now, attached is the sub doc and cashless exercises.


Thank you,


Ben Brauser, Esq.

**Law Office of Benjamin S. Brauser, P.A.**

4400 Biscayne Blvd, Ste 850

Miami, FL  33137

Office - (305) 576-9260

Fax - (305) 576-9298

Cell - 954-649-1821

Ben@MarlinCapital.com

SEC-DELANEY-E-0024739
SEC-LIT-EPROD-003474761

**To:**       Jeff Machnij[jeff@bmasecurities.com]
**From:**    Ben Brauser
**Sent:**     Thur 7/3/2014 9:29:14 AM
**Importance:**        Normal
**Subject:**   FW: MSLP - Share Purchase
image001.png

Jeff,


Please see below.  The following entities are buying the following amount of shares of MSLP from COCP:


Michael Brauser - 77K

Grander 401K - 30K

Dan Brauser - 8K

Ben Brauser - 5K


The shares were bought under SPA's at $9 per share.  There is a blanket opinion at the TA as all of the shares tack back, but there is a lockup/leakout agreement that I will go over w/ you in detail.  I will also get you all of the backup.  For now though, to get the certs issued, they need the below from you guys.  Can you please put this together for the four above entities?


Thank you,


Ben Brauser, Esq.

**Law Office of Benjamin S. Brauser, P.A.**

4400 Biscayne Blvd, Ste 850

Miami, FL  33137

Office - (305) 576-9260

SEC-BMA-E-0006221

Fax - (305) 576-9298

Cell - 954-649-1821

Ben@MarlinCapital.com


**From:** Dylan Weeks [mailto:DWeeks@nasonyeager.com]
**Sent:** Wednesday, July 02, 2014 5:58 PM
**To:** 'John Stetson'; erichardson@richardsonpatel.com; tagjohn@gmail.com; Ben Brauser; Mike Brauser; dan@usell.com; shaye@briocapital.com; bcolman@colman-partners.com; Emily Fiel; Darren Goodrich; brhonig@aol.com; John Lemak (john@lemak.net); mgman@bullhunterllc.com; bk@pinnaclefund.com; richard@pointcapitalinc.com; ssmith@smithstag.com
**Cc:** Michael Harris; Brian Bernstein
**Subject:** MSLP - Share Purchase


The transfer agency for Musclepharm Corp has requested brokers representation letters for each transferee which contain the following language:


If at any time the issuer becomes non-current in their SEC filings, we will send any unsold shares back to the transfer agent to have the legend re-instated.


Please send the requested representation letters to me so that I may forward them to the transfer agent. Feel free to contact me with any questions. Thank you!


Best Regards,


cid:image001.png@01CEAD4E.86497B20
Dylan Weeks, Paralegal
**Nason, Yeager, Gerson, White & Lioce, P.A.**
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401

SEC-BMA-E-0006222

Phone:  561-471-3511
Fax:  561-471-0894
DWeeks@nasonyeager.com
www.nasonyeager.com


============================================================
====================================

The information contained in this transmission is attorney privileged and confidential.  It is intended only for the use of

the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified

that any dissemination, distribution or copying of this communication is strictly prohibited.  If you receive this

communication in error, please notify us immediately by telephone (collect) and return the original message to us at

the above address via the U.S. Postal Service.  We will reimburse you for postage and/or telephone expenses.  Thank you.


TAX MATTERS - IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS, we

inform you that any tax advice contained in this communication (including attachments) was not intended or written

to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code

or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

============================================================
===================================

E Think **Green!** please do not print this e-mail unless absolutely necessary.

SEC-BMA-E-0006223

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

SEC-BMA-E-0006224

**To:**       Jeff Machnij[jeff@bmasecurities.com]
**Cc:**       Diana[diana@marlincapital.com]; Suraun Hassani[suraun@bmasecurities.com]
**From:**   Ben Brauser
**Sent:**    Tue 8/26/2014 1:20:44 PM
**Importance:**       **Normal**
**Subject:**  RE: SNTI Update
image001.jpg

I will get these to you.


Thank you,


Ben Brauser, Esq.

**Law Office of Benjamin S. Brauser, P.A.**

4400 Biscayne Blvd, Ste 850

Miami, FL  33137

Office - (305) 576-9260

Fax - (305) 576-9298

Cell - 954-649-1821

Ben@MarlinCapital.com


**From:** Jeff Machnij [mailto:jeff@bmasecurities.com]
**Sent:** Tuesday, August 26, 2014 12:15 PM
**To:** Ben Brauser
**Cc:** Diana; Suraun Hassani
**Subject:** RE: SNTI Update


Ben:


Dudley asked me to request the following documents for all three SNTI packets, just for our records.

SEC-BMA-E-0001933

·       Copies of the Initial Common Stock Purchase Warrant document dated 12/16/13.


If you have those documents, could you please email them over to me?


Thanks


Jeff Machnij

Operations Specialist

Direct (424) 269-3212

Office (310) 544-3545

Fax       (310) 544-6626


2321 Rosecrans Ave

Suite 3285

El Segundo, CA 90245


BMA Logo


**From:** Ben Brauser [mailto:ben@marlincapital.com]
**Sent:** Tuesday, August 26, 2014 8:08 AM
**To:** Jeff Machnij

**Cc:** Diana; Suraun Hassani
**Subject:** RE: SNTI Update


Ok great, so it could be a day or two at COR in review?


Thank you,


Ben Brauser, Esq.

**Law Office of Benjamin S. Brauser, P.A.**

4400 Biscayne Blvd, Ste 850

Miami, FL  33137

Office - (305) 576-9260

Fax - (305) 576-9298

Cell - 954-649-1821

Ben@MarlinCapital.com


**From:** Jeff Machnij [mailto:jeff@bmasecurities.com]
**Sent:** Tuesday, August 26, 2014 11:03 AM
**To:** Ben Brauser
**Cc:** Diana; Suraun Hassani
**Subject:** SNTI Update


Ben:


Birchtree and Michael's SNTI packet went over to COR for their review early this morning.  Dudley took Daniel's packet home with him last night as he was not able to finish it last night.  Keep you posted when I email it over to COR.

SEC-BMA-E-0001935

Jeff Machnij

Operations Specialist

Direct (424) 269-3212

Office (310) 544-3545

Fax      (310) 544-6626


2321 Rosecrans Ave

Suite 3285

El Segundo, CA 90245


BMA Logo


*** Email is for correspondence only and is never authorized for stock transactions***

*The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Securities are offered through BMA Securities, member FINRA, SIPC, MSRB. Please do not use e-mail to transmit orders for securities or for other time-sensitive messages. All e-mail messages sent or received by the BMA Securities corporate e-mail system are subject to review, retrieval and archiving and may be disclosed to parties other than the intended recipient. Although information which may be contained in this message has been obtained from sources which we believe to be reliable, we do not warrant that it is accurate or complete and any such information may be subject to change at any time. BMA Securities may, from time to time in the normal conduct of business, act as a principal for their own accounts or as agent for another party in connection with the purchase or*

*sale of a security which may be mentioned in this e-mail. Products and services available through BMA Securities are: not FDIC insured and are subject to investment risk including possible loss of the principal amount invested.*

SEC-BMA-E-0001937

**To:**       Michael Yarmish[myarmish@jhdarbie.com]; 'Mark Groussman'[mgman@bullhunterllc.com]
**From:**    Ben Brauser
**Sent:**    Fri 12/5/2014 9:03:52 AM
**Importance:**        **Normal**
**Subject:**   RE: vapo

Michael -


Okay, this is the story.


1.  Vaporin, LLC, the private LLC (the "Company") issued a note to Grander Holdings, Inc. for "up to" $1mm.  Grander subsequently funded the Company with $650K.  About $450K was directly wired into the Company and the rest went to multiple 3rd parties for needed funding.


2.  Next, $364,289.55 of that debt was converted into Preferred stock of the Company, leaving the debt at $285,710.45.  Grander subsequently sold a third of that debt ($95,236.82) and a third of the Preferred stock to Mark and another party.


3.  As part of the merger with public company Vaporin, Inc., Grander, Mark and the other third party that purchased the debt and preferred from Grander received shares of Vaporin, Inc.'s preferred that they now hold.


For the debt I have showed you the note and Grander bank statements.  For the conversion of the debt to preferred in the private company I have showed you the internal operating agreements stating that.  For the receipt of the pubco preferred I have referenced you to the publicly filed 8-K.


This should make everything crystal clear.


Thank you,

SEC-JHD-E-0011387

Ben Brauser, Esq.

**Law Office of Benjamin S. Brauser, P.A.**

4400 Biscayne Blvd, Ste 850

Miami, FL  33137

Office - (305) 576-9260

Fax - (305) 576-9298

Cell - 954-649-1821

Ben@MarlinCapital.com

**From:** Michael Yarmish [mailto:myarmish@jhdarbie.com]
**Sent:** Thursday, December 04, 2014 5:20 PM
**To:** 'Mark Groussman'
**Cc:** Ben Brauser
**Subject:** vapo

The following is a short narrative of this deposit, with a thing or 2 that I need explanation

1)Grander (Brauser) had a loan to the company of 650k, and we have the proof of the loan

2)grander was issued by the company a note with the principal amount of 285,710.43 which was assigned to 3 people each for 95,236.81. was this note part of the 650k?

3)grander holdings inc owns 1,000,000 shares of series A preferred stock and is selling 1/3 to melechdavid for 121,429.86. where to these shares derive from? Is it also from the 650k loan?

I have the proof of payment from melechdavid to grander for a total of 216,666,66 and I have the explanation how the series A shares were exchanged for the series C shares and  the explanation of how we get to be depositing 150,000 common shares which were converted from your C shares .(you had 30,833 preferred shares that you are converting 15,000 preferred to give you 15,000,000 common, which you sold off 7,500 ,000 shares  which leaves you with 7,500,000 after the 50 for 1 reverse turns into 150,000 shares

Thank you,


Michael Yarmish

 cid:image001.png@01CE9439.78D5893
0


JH Darbie & Co., Inc
40 Wall Street 30th Floor
New York , NY 10005


Phone# 212 269 7271 ext. 206
Fax #   212 269 7330


e-mail: myarmish@jhdarbie.com


This message is intended only for use by the intended party and may contain
information that is privileged and/or confidential. If you are not the intended
recipient, then any review, dissemination, replication or distribution of this
communication is strictly prohibited. If you have received this communication in
error, please notify us immediately and delete this message and all attachments.


Electronic communications routed to any employee of J.H. Darbie are for
business purposes only. While messages are confidential, authorized
management, legal and compliance personnel may review electronic messages.

SEC-JHD-E-0011389

Electronic messages are also retained and would be provided upon request to an authorized regulatory body.

SEC-JHD-E-0011390

| | |
|---|---|
| **To:** | Jeff Machnij[jeff@bmasecurities.com] |
| **From:** | Ben Brauser |
| **Sent:** | Fri 1/30/2015 2:18:47 PM |
| **Importance:** | **Normal** |
| **Subject:** | RE: MVPI - Brauser Account |

image001.jpg

thank you,


Ben Brauser, Esq.

**Law Office of Benjamin S. Brauser, P.A.**

4400 Biscayne Blvd, Ste 850

Miami, FL  33137

Office - (305) 576-9260

Fax - (305) 576-9298

Cell - 954-649-1821

Ben@MarlinCapital.com


**From:** Jeff Machnij [mailto:jeff@bmasecurities.com]
**Sent:** Friday, January 30, 2015 1:38 PM
**To:** Ben Brauser
**Subject:** RE: MVPI - Brauser Account


Ben:


After speaking with Darren, there are 600,000 shares remaining of MVPI.


Jeff Machnij

Operations Specialist

Direct (424) 269-3212

Office (310) 544-3545

Fax     (310) 544-6626


2321 Rosecrans Ave

Suite 3285

El Segundo, CA 90245


BMA Logo




**From:** Jeff Machnij
**Sent:** Thursday, January 29, 2015 11:42 AM
**To:** Ben Brauser (ben@marlincapital.com)
**Subject:** MVPI - Brauser Account


Ben:


In Michael's individual account, there is 1,116,902 shares of MVPI held.


· 1,109,402 shares are approved to be Pre-Sold

· 7,500 shares are not good to sell.

SEC-BMA-E-0002806

Jeff Machnij

Operations Specialist

Direct (424) 269-3212

Office (310) 544-3545

Fax      (310) 544-6626


2321 Rosecrans Ave

Suite 3285

El Segundo, CA 90245


BMA Logo

SEC-BMA-E-0002807