# EXHIBIT C

**To:** Mike Bruaser[mike@marlincapital.com]
**Cc:** Ben Brauser[ben@marlincapital.com]; jarlo@bmasecurities.com[jarlo@bmasecurities.com]
**From:** Suraun Hassani
**Sent:** Fri 12/27/2013 12:58:59 PM
**Importance:** Normal
**Subject:** Position and Cash Update
image003.jpg
Brauser Accounts summary 20131227.xlsx

Good Afternoon,


Attached is an update of all your accounts holdings and cash balances.



Best Regards,


Suraun Hassani

Director of Operations

Description: clip_image002

608 Silver Spur Rd. # 100

Rolling Hills Estates, CA

90274

P (310) 544-3545

F (310) 544-6626

*\*\* Email is for correspondence only and is never authorized for stock transactions\*\**

*The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If*

*you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Securities are offered through BMA Securities, member FINRA, SIPC, NFA. Please do not use e-mail to transmit orders for securities or for other time-sensitive messages. All e-mail messages sent or received by the BMA Securities corporate e-mail system are subject to review, retrieval and archiving and may be disclosed to parties other than the intended recipient. Although information which may be contained in this message has been obtained from sources which we believe to be reliable, we do not warrant that it is accurate or complete and any such information may be subject to change at any time. BMA Securities may, from time to time in the normal conduct of business, act as a principal for their own accounts or as agent for another party in connection with the purchase or sale of a security which may be mentioned in this e-mail. Products and services available through BMA Securities are: not FDIC insured and are subject to investment risk including possible loss of the principal amount invested. BMA Securities, member: FINRA, SIPC, NFA.*

## Lek Securities Accounts

**Marla Capital Investments LLC**
**BMAMARLIN**

| Symbol | Security Description | Quantity | Status |
|---|---|---|---|

Total Funds

**Michael Brauser**
**BMAMBRAUS**

| Symbol | Security Description | Quantity | Status |
|---|---|---|---|
| BZNE | Biozone Pharmaceutical | 1,200 | Good to Sell |
| LTS | Ladenburg Thalman Financial Services Inc | 111,500 | Good to Sell |
| MSLP | Musclepharm Corp | 18,000 | Good to Sell |
| PPRTF | Passport Potash Inc | 3,250,000 | Good to Sell |
| PDO | Pyramid Oil Co | 125,059 | Good to Sell |
| PGLC | Pershing Gold | 241,040 | Restricted |
| SILV | Silver Mining Ltd | 3,120,000 | Good to Sell |

Settled funds
Total Funds

**Michael and Betsy Brauser**
**BMAMBRITS**

| Symbol | Security Description | Quantity | Status |
|---|---|---|---|
| RNGTF | North American Potash | 520,770 | Good to Sell |

Settled funds $0.00
Total Funds $0.00

**Michael and Betsy Brauser**
**BMAMBSTBE1**

| Symbol | Security Description | Quantity | Status |
|---|---|---|---|
| PGLC | Pershing Gold | 800,000 | Restricted |

Settled funds
Total Funds

**Grander Holdings, Inc 401K**
**BMAGRANDER401K**

| Symbol | Security Description | Quantity | Status |
|---|---|---|---|
| LTS | Ladenburg Thalman Financial Services Inc | 22,198 | Good to Sell |
| PPRTF | Passport Potash Inc | 108,000 | Good to Sell |
| PDO | Pyramid Oil Co | 7,333 | Good to Sell |

Settled funds
Total Funds

## COR Clearing Accounts

**Brauser Family Trust 2008**

| Symbol | Security Description | Quantity | Status |
|---|---|---|---|
| RNGTF | North American Potash | 76,923 | Good to Sell |
| PPRTF | Passport Potash Inc | 1,349,955 | Needs International LO. Needs COR Approval |

Settled funds
Total Funds

**Grander Holdings Inc 401K PSP**

| Symbol | Security Description | Quantity | Status |
|---|---|---|---|
| DUMA | Duma Energy Corp | 16,000 | Good to Sell |
| PGLC | Pershing Gold Corp | 240,000 | Restricted |

Settled funds
Total Funds

**Michael Brauser**

| Symbol | Security Description | Quantity | Status |
|---|---|---|---|
| EXECF | Anfield Resources | 87,934 | Needs COR Approval |
| CDUS | Cadus Corp | 150,000 | Good to Sell |
| IZEA | IZEA Inc | 579,794 | Good to Sell (Pre-sell) |
| PPRTF | Passport Potash Inc | 2,777,779 | Needs International LO. Needs COR Approval |
| PPRTF | Passport Potash Inc | 2,672,000 | Restricted |
| SNTI | Senesco Technologies Inc | 273,167 | Good to Sell |

Settled funds
Total Funds

**Michael and Betsy Brauser JT Ten by Entirety**

| Symbol | Security Description | Quantity | Status |
|---|---|---|---|
|  | Continental Resources Gorup | 700,000 | Restricted |
| IZEA | IZEA Inc | 17,048 | Restricted |

Settled funds
Total Funds

**Birchtree Capital LLC**

| Symbol | Security Description | Quantity | Status |
|---|---|---|---|
| MSLP | Musclepharm Corp | 20,800 | Good to Sell |
| MSLP | Musclepharm Corp | 19,048 | Restricted |
| PPRTF | Passport Potash Inc | 4,205,539 | Restricted |
| PGLC | Pershing Gold Corp | 400,000 | Restricted |
| SNTI | Senesco Technologies Inc | 25,000 | Good to Sell |

Settled funds
Total Funds

**Michael & Betsy Brauser JTWROS**

| Symbol | Security Description | Quantity | Status |
|---|---|---|---|

Settled funds
Total Funds

**Marla Capital Investments LLC**

| Symbol | Security Description | Quantity | Status |
|---|---|---|---|

Settled funds
Total Funds