UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MISC NO. 19-MC-24587-COOKE

In re:
Subpoenas directed to BEN BRAUSER,
DANIEL BRAUSER AND JOSHUA
BRAUSER.
_____/

## JOINT NOTICE OF POTENTIAL RESOLUTION

Petitioners Ben Brauser, Daniel Brauser, and Joshua Brauser, and Respondent Securities and Exchange Commission hereby provide notice to the Court that they have engaged in meaningful discussions to resolve this matter. The parties wish to notify the Court of this progress, and respectfully suggest the Court hold the matter in abeyance. The parties respectfully submit they will then update the Court within forty-five (45) days as to their further progress, including whether they have reached a complete and final resolution.

| Respectfully submitted: | SECURITIES AND EXCHANGE COMMISSION |
|---|---|
| Homer Bonner | By: /s Nancy Brown |
| Attorneys for Petitioners Ben Brauser, Daniel Brauser, and Joshua Brauser | Nancy Brown |
| 1200 Four Seasons Tower | Jack Kaufman |
| 1441 Brickell Avenue | 200 Vesey Street, Suite 400 |
| Miami Florida 33131 | New York, NY 10281 |
| Phone: (305) 350-5116 | (212) 336-1023 (Brown) |
| Fax: (305) 372 2738 | |
| | *Attorneys for Respondents* |
| By: s/*Adam L. Schwartz* | |
| Adam L. Schwartz | |
| Email: aschwartz@homerbonner.com | |
| Florida Bar No.: 0103163 | |
| *Attorney for Petitioners* | |

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of January 2020, a true and correct copy of the foregoing was filed via CM/ECF.

*s/ Adam L. Schwartz*
Adam L. Schwartz